| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| --- | --- | --- |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. _____ |

| CITY LIGHTS AND SIGNALS II, INC, | ) |
| --- | --- |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| GREENTREE TRANSPORTATION | ) |
| COMPANY | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT FOR DAMAGES

Comes now Plaintiff and complains of the Defendant and for its claim for relief states as follows:

1.  Plaintiff is a corporation organized and existing under the laws of the State of Indiana, with its principal office located in Fort Wayne, Indiana.

2.  Defendant is believed to be a corporation organized and existing under the laws of the State of Pennsylvania, with its principal place of business located in Pittsburgh, Pennsylvania.

3.  The Defendant is licensed by the Federal Highway Administration as a common and contract carrier specializing in the transportation of heavy and over dimensional commodities throughout the United States.

4.  The Defendant does business within the State of Indiana, and is authorized as a foreign corporation to conduct business in this State.

5.  On or about February of 2023, the Defendant contracted with the Plaintiff for the Plaintiff to provide bucket truck escort services for the Defendant for the transportation of an over sized load from Sedalia, Missouri to its destination in Tamaqua, Pennsylvania.

6. Pursuant to said agreement, the Plaintiff began providing the agreed upon services on or about February 6, 2023, and performed said escort services through the states of Missouri, Illinois, Indiana, Kentucky, West Virginia, Maryland, and Pennsylvania.

7. Plaintiff completed the agreed upon services on June 8, 2023.

8. Pursuant to the agreement of the parties, the Plaintiff was to be paid according to the following schedule:

   a. $3,200.00 per day per truck (including driver and helper per truck);

   b. $1,000.00 per day per truck for down days or no-go's;

   c. $1,000.00 per truck to get to starting point;

   d. $1,600.00 per truck to get from the unload at Tamaqua, Pennsylvania, back to Fort Wayne, Indiana.

9. Plaintiff performed all of the agreed upon services, the total cost of which, per the parties' agreement, was $240,400.00.

10. On June 13, 2023, the Plaintiff invoiced the Defendant in the amount of $240,400.00, and provided with said invoice all of the back up documentation supporting the invoiced amount. A copy of same is attached as Exhibit "A".

11. Defendant has failed to pay the amounts due in spite of demand.

## COUNT I – BREACH OF CONTRACT

12. The Plaintiff incorporates herein by reference the allegations contained in Paragraph 1 through 11.

13. Defendant is in breach of contract and, as a result thereof, the Plaintiff has incurred damages in the amount of $240,400.00 plus interest, costs, and attorney fees.

WHEREFORE, Plaintiff prays for a judgment against the Defendant in the amount of $240,400.00 plus interest, costs of this action, attorney fees, and such other relief as the Court deems appropriate.

## COUNT II – ACCOUNT STATED

14. The Plaintiff incorporates herein by reference the allegations contained Paragraphs 1 through 11.

15. The Defendant is liable to the Plaintiff on an account stated in the amount of $240,400.00 plus interest, costs of this action, and attorney fees.

WHEREFORE, Plaintiff prays for a judgment against the Defendant in the amount of $240,400.00 plus interest, costs of this action, attorney fees, and such other relief as the Court deems appropriate.

I AFFIRM UNDER PENALTIES FOR PERJURY THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Rusty Denham, President
City Lights and Signals II, Inc.

SHAMBAUGH, KAST, BECK & WILLIAMS LLP

By: /s/ Edward E. Beck
Edward E. Beck (#10499-02)
229 W. Berry St., Suite 400
PO Box 11648
Fort Wayne, IN 46859-1648
(260) 423-1430
ebeck@skbw.com