UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| City Lights & Signals II, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>Greentree Transportation Company,<br><br>    Defendant/Third-Party Plaintiff.<br><br>  v.<br><br>Elpidos Pilot Car, LLC; Eleven R. Logistics, LLC<br><br>    Third-Party Defendants. | Case No: 1:23-cv-00440-HAB-SLC |

**DEFENDANT/THIRD-PARTY PLAINTIFF
GREENTREE TRANSPORTATION COMPANY'S
<u>MOTION FOR ENTRY OF DEFAULT JUDGMENT BY THE CLERK</u>**

Pursuant to Fed. R. Civ. P. 55(b)(1), Defendant/Third-Party Plaintiff Greentree Transportation Company ("Greentree") respectfully requests that the Clerk enter a final judgment against Third-Party Defendant Eleven R. Logistics, LLC ("Eleven R. Logistics"). The facts supporting this application are as follows:

    1.    On March 15, 2024, Greentree filed a Third-Party Complaint against Eleven R. Logistics in the above-captioned matter to recover amounts due and owing to Greentree resulting from Eleven R. Logistics' breach of its obligations and duties, as set forth in its agreement to provide commissioned freight agent services to Greentree ("Agency Agreement"). (ECF No. 26, attached hereto as Exhibit A.)

1

2. On March 18, 2024, the United States District Court for the Northern District of Indiana issued Summons to Eleven R. Logistics. (ECF No. 27.)

3. Eleven R. Logistics was served with Summons and the Third-Party Complaint on March 21, 2024 via its registered agent. (ECF No. 30.) Accordingly, under Fed. R. Civ. P. 12(a)(1)(A), Eleven R. Logistics was required to respond within 21 days after the Service of Summons, which response date was April 11, 2024.

4. On May 3, 2024, via the Court's electronic filing system, William Stumpf caused to be filed a *pro se* "Answer of Defendant Elevn R. Logistics" [sic] on behalf of Eleven R. Logistics. (ECF No. 36.)

5. Eleven R. Logistics did not file an appearance of counsel.

6. On May 15, 2024, the Court entered a Notice and Order directing Eleven R. Logistics to cause an attorney to appear on its behalf and to file an answer through its attorney by June 4, 2024. (ECF No. 42.)

7. Eleven R. Logistics failed to file an appearance and failed to move, plead, or otherwise defend against the claims brought by Greentree's Third-Party Complaint against it by June 4, 2024.

8. On June 5, 2024, the Court entered an Order striking the *pro se* Answer filed by Eleven R. Logistics, pursuant to its May 15, 2024 Notice and Order. (ECF No. 46.)

9. Greentree requested an entry of default by the Clerk on September 20, 2024. (ECF No. 51.)

10. The Clerk entered default against Eleven R. Logistics on September 24. 2024. (ECF No. 54.)

## **MEMORANDUM OF LAW**

11. Pursuant to Federal Rule of Civil Procedure 55(b)(1), Greentree is entitled to an entry of Final Default Judgment in a sum certain of two hundred and twenty-six thousand dollars ($226,000), and respectfully requests that the Clerk of the Court enter judgment in that amount.

12. Federal Rule of Civil Procedure 55 governs the two-step procedure for obtaining a default judgment from the Clerk of the Court. First, prior to obtaining a default judgment under Rule 55(b), there must be an entry of default as provided by Rule 55(a). *See Gard v. B & T Fin. Servs., LLC*, No. 2:12-CV-005 JD, 2013 WL 228816, at *1 (N.D. Ind. Jan. 22, 2013). Under Rule 55(a), the clerk is to enter the default of a party against whom a judgment is sought when that party has failed to plead or otherwise defend, *see* Fed. R. Civ. P. 55(a), and the Clerk has done so already in this case. (ECF No. 54.)

13. Second, the Clerk may enter a final judgment under Fed. R. Civ. P. 55(b)(1) if the moving plaintiff's claim is for a sum certain, which is "a sum that can be made certain by computation," and the defaulting party has failed to appear. *See* Fed. R. Civ. P. 55(b)(1). A default judgment establishes, as a matter of law, that a defendant is liable to a plaintiff for each cause of action in the complaint. *Gard*, 2013 WL 228816, at *1 (N.D. Ind. Jan. 22, 2013). In considering a motion for default judgment, this circuit follows the rule that "the well-pleaded allegations of the complaint relating to liability are taken as true." *Id.; see also Merrill Lynch Mortg. Corp. v. Narayan,* 908 F.2d 246, 253 (7th Cir. 1990).

14. Greentree has established through the Affidavit of Ronald R. Miller, submitted herewith as Exhibit B, that the sum certain of two hundred and twenty-six thousand dollars ($226,000) is due and owing by Eleven R. Logistics as damages for its breach of its obligations and duties under the Agency Agreement.

15. Accordingly, because Eleven R. Logistics failed to move, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, and because the amount sought is a sum certain, Greentree respectfully requests that the Clerk of the Court grant this Motion for Default Judgment in the amount of two hundred and twenty-six thousand dollars ($226,000), plus post-judgment interest and all other just and appropriate relief determined by the Court.

Dated: December 3, 2024

Respectfully submitted,

*/s/ Sheila M. Prendergast*

Marc S. Blubaugh (admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
41 South High Street, Suite 2600
Columbus, Ohio 43215
Telephone: (614) 223-9300
mblubaugh@beneschlaw.com

Sheila M. Prendergast (admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: (312) 212-4949
sprendergast@beneschlaw.com

Abigail M. Butler (#22295-02)
Clark A. Belanger (#35835-02)
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: 260-460-1607
Fax: 260-460-1700
abigail.butler@faegredrinker.com
clark.belanger@faegredrinker.com

*Attorneys for Defendant Greentree Transportation Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing MOTION FOR ENTRY OF DEFAULT JUDGMENT BY THE CLERK was served this 3rd day of December via the court's ECF system on all parties of record, and served via FedEx to:

Eleven R. Logistics LLC
c/o William Stumpf
652 Lebanon St.
Monroe, OH 45050

*/s/ Sheila M. Prendergast*