AO 450 (Rev. 11/11)  Judgment in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

CITY LIGHTS AND SIGNALS II, INC.
(Termed 9/24/2024)
                Plaintiff
      v.

                                      Civil Action No.  1:23-cv-440-CCB

GREENTREE TRANSPORTATION COMPANY
 (Termed 9/24/2024)
                Defendant

GREENTREE TRANSPORTATION COMPANY
                ThirdParty Plaintiff
      v.

ELEVEN R. LOGISTICS LLC

ELPIDOS PILOT CAR LLC
(Termed 6/18/2024)
                ThirdParty Defendants

## DEFAULT JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☒ the ThirdParty Plaintiff, Greentree Transportation Company,  recover from the ThirdParty Defendant, Eleven R. Logistics, LLC,  the amount of Two hundred and twenty-six thousand  dollars  and 00/100   ($ 226,000.00), plus post-judgment interest  at the  rate of  4.24% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ Entered by the Clerk on a Motion for Entry of Default Judgment pursuant to Federal

   Rule of Civil Procedure 55(b)(1).

DATE:___12/11/2024_____      *Chanda J. Berta, Clerk of Court*

                                    by___/s/K. Tuskey_____
                                    *Signature of Clerk or Deputy Clerk*